IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISAAC ALVAREZ,

      Plaintiff,

vs.

CATERED FIT CORP,
a Florida Corporation,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff, ISAAC ALVAREZ, sues Defendant, CATERED FIT CORP, and shows:

### Introduction

1.     This is an action by ISAAC ALVAREZ against his former employers for unpaid overtime and minimum wages pursuant to the Fair Labor Standards Act.  Plaintiff seeks damages and a reasonable attorney's fee.

### Jurisdiction

2.     This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206 and 207. The Court has jurisdiction over the claims pursuant to 29 U.S.C. § 216(b).

3.     The claim arose within the Southern District of Florida, which is where venue is proper.

### Parties and General Allegations

4.     Plaintiff, ISAAC ALVAREZ, (hereinafter "ALVAREZ") a resident of Broward County, was at all times material, employed by CATERED FIT CORP, as an order packer, was an employee as defined by 29 U.S.C. § 203(e), and during his employment with CATERED FIT CORP, was engaged in commerce or in the production of goods for commerce.

5.      Defendant, CATERED FIT CORP (hereinafter, "CATERED FIT"), is a Florida Corporation with headquarters in Broward County, Florida, doing business throughout South Florida, is an enterprise engaged in an industry affecting commerce, is an employer as defined by 29 U.S.C. § 203(d) and (s)(1), in that it has employees engaged in commerce or in the production of goods for commerce, or that has employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person; and it is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated) which has employees subject to the provisions of the FLSA, 29 U.S.C. §§ 206 and 207.

### Count I – Violation of FLSA by Defendant CATERED FIT – Overtime

6.      Plaintiff, ISAAC ALVAREZ, realleges, as if fully set forth in Count I, the allegations of Paragraphs 1 through 5 above.

7.      Since on or about April 24, 2016, up to and including August 14, 2016, Defendant CATERED FIT has willfully violated the provisions of §7 of the Act [29 U.S.C. §207] by employing employees engaged in commerce for workweeks longer than 40 hours without compensating them for their employment in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed: specifically ALVAREZ, during his employment, worked in excess of 40 hours a week during several weeks of his employment, but was not compensated for all overtime hours at one and one-half times his regular rate.

8.      The failure to pay overtime compensation to ALVAREZ is unlawful in that he was not exempted from the overtime provisions of the Act pursuant to the provisions of 29 U.S.C. § 213(a), in that he neither was a bona fide executive, administrative or professional employee.

9.      ALVAREZ is entitled pursuant to 29 U.S.C. § 216(b), to recover from CATERED FIT:

        a.      All unpaid overtime that is due;

b.      As liquidated damages, an amount equal to the unpaid overtime owed;

c.      The costs of this action, and;

d.      A reasonable attorney's fee.

WHEREFORE, Plaintiff, ISAAC ALVAREZ, prays that this court will grant judgment against Defendant CATERED FIT:

a.       awarding ALVAREZ payment of overtime compensation found by the court to be due to him under the Act;

b.      awarding ALVAREZ an additional equal amount as liquidated damages;

c.      awarding ALVAREZ his costs, including a reasonable attorney's fee; and

d.      granting such other and further relief as is just.

### Count II-Violation of the FLSA by CATERED FIT- Minimum Wage

10.     Plaintiff, ALVAREZ, realleges, as if fully set forth in Count II, the allegations of Paragraphs 1 through 5 above.

11.     ALVAREZ worked for CATERED FIT for several hours during the last two weeks of his employment, but received no compensation whatsoever for the work performed.

12.     On August 30, 2016, ALVAREZ sent an email to both Adam Friden, Defendant's CEO, and Monique Martin, Defendant's HR Director, requesting to be paid his final paycheck. Later that day, Ms. Martin replied to ALVAREZ's email advising that he would not be paid his final paycheck because he allegedly caused damage to one of the company's vehicles and said damages were greater than the amount of his final paycheck.

13.     CATERED FIT's failure to pay ALVAREZ his final paycheck violates 29 U.S.C. § 206(a)(1) by not paying him at least a minimum wage.

14.     ALVAREZ is entitled pursuant to the FLSA to recover from Defendant CATERED FIT:

a.      The applicable minimum wage in effect at the times he worked without receiving compensation;

b.      As liquidated damages, an amount equal to the unpaid minimum wage he is owed;

c.      The costs of this action, and;

d.      A reasonable attorney's fee.

WHEREFORE, Plaintiff prays that this Honorable Court:

a.      Enter judgment for ALVAREZ and against CATERED FIT on the basis of its willful violations of the FLSA;

b.      Award ALVAREZ actual and compensatory damages in the amount shown to be due for unpaid minimum wages;

c.      Award ALVAREZ an equal amount in liquidated damages;

d.      Award ALVAREZ reasonable attorneys' fees and costs of suit; and

e.      Other such relief as this Court deems just.

## Jury Demand

Plaintiff demands trial by jury.

Dated: September 22, 2016
Ft. Lauderdale, Florida

Respectfully submitted,


s/James A. Peterson
James A. Peterson, Esq. (Fla. Bar No. 645621)
E-Mail: james@petersonlegal.com
PETERSON LEGAL, P.A.
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, Florida 33301
Tel.: (754) 444-8076
Counsel for Plaintiff