UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62262-CIV-DIMITROULEAS

ISAAC ALVAREZ,

    Plaintiff,

vs.

CATERED FIT CORP,
a Florida Corporation, and ADAM
FRIDEN, an individual, jointly and
severally,

    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** having come before the Court on the parties' Renewed Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 68], and good cause appearing therefore, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement and Dismiss Case with Prejudice [DE 68] is **GRANTED**;

2. The Settlement Agreement attached to the joint motion is **APPROVED**;

3. This case is hereby **DISMISSED with prejudice**;

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, on this 30th day of August, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record